Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan 

| | |
|---|---|
| 22ND CIRCUIT COURT, WASHTENAW COUNTY, JUDGE DARLENE O'BRIEN, ANDREW FANTA <br><br> *Plaintiff(s)* <br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br><br> -v- <br><br> WASHTENAW COUNTY 22ND CIRCUIT COURT, JUDGE DARLENE O'BRIEN, ANDREW FANTA, CHARLES P NERSWICK <br><br> *Defendant(s)* <br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* |

# COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | LINDSAY DUNEKSE |
| Street Address | 2750 N M-52 |
| City and County | Stockbridge, Ingham County |
| State and Zip Code | MI 49285 |
| Telephone Number | 734 262 2201 |
| E-mail Address | faithispower |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | 22nd CIRCUIT COURT WASHTENAW COUNTY |
| Job or Title *(if known)* | |
| Street Address | 101 E Huron St |
| City and County | Ann Arbor, WASHTENAW COUNTY |
| State and Zip Code | MI 48104 |
| Telephone Number | (734) 222-3001 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | JUDGE DARLENE O'BRIEN |
| Job or Title *(if known)* | JUDGE |
| Street Address | 101 E Huron St |
| City and County | Ann Arbor, WASHTENAW COUNTY |
| State and Zip Code | MI 48104 |
| Telephone Number | (734) 222-3001 |
| E-mail Address *(if known)* | matyjaszekm@washtenaw.org |

Defendant No. 3

| | |
|---|---|
| Name | ANDREW FANTA |
| Job or Title *(if known)* | ATTORNEY |
| Street Address | 930 Washtenaw Ave |
| City and County | Ann Arbor, WASHTENAW COUNTY |
| State and Zip Code | MI 48108 |
| Telephone Number | (734) 434-3800 |
| E-mail Address *(if known)* | TheLawShop@gmail.com |

Defendant No. 4

| | |
|---|---|
| Name | Charles Nerswick |
| Job or Title *(if known)* | Owner Operator Michigan PC Tech |
| Street Address | 18337 Elwell Rd |
| City and County | Belleville, Wayne County |
| State and Zip Code | 48111 |
| Telephone Number | 734 502 5487 |
| E-mail Address *(if known)* | chuck4280@gmail.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 U.S.C. § 1983, 18 U.S.C § 241, 18 U.S.C § 242, 1st , 2nd , 4th , 5th , 6th , 9th , 10th , and 14th Amendments.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* Lindsay Ann Duneske , is a citizen of the State of *(name)* Michigan .

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

   b.  If the defendant is a corporation

    The defendant, *(name)* 22nd Circiut Court Washtenaw County, is incorporated under the laws of the State of *(name)* Michigan, and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* United States Of America, and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

7 Million - Due to, (but not limited to), the numerous egregious and undue violations of the plaintiffs protected rights, retaliatory malicious prosecution, and especially the undue violation of parental rights and loss of parental consortium has caused catastrophic and irreparable undue harm in every area of the defendant's life including financial, mental, emotional, physical, and damage to her reputation due to libel and slander, on court record, etc.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

  A.  Where did the events giving rise to your claim(s) occur?
    Washtenaw County Michigan

  B.  What date and approximate time did the events giving rise to your claim(s) occur?
    Feb-May 2023 and still on going

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ANDREW FANTA Conspired with his client to purposely and knowingly perpetrated unlawful actions against the defendant breached the legal code of ethics, and willfully presented false information to knowingly to obtain wrongful jurisdiction in the 22nd Circuit court In Washtenaw County and further did not provide proper service to the Plaintiff so that she would be unaware of the proceedings and be deprived of her due process and lose by default. Despite the wrongful jurisdiction and the court and Judge being notified of such, Judge Darlene O'Brien still took the case in the absence of Jurisdiction and issued an unlawful ex parte order against the plaintiff based on the perjurious testimony of Charles P Nerswick and did unlawfully order the unlawful removal of the Plaintiff. The Plaintiff asserted her right to have the Void order vacated due to absence of jurisdiction, fraud upon the court, and lack of proper service. Judge O' BRIEN did then vacate the order on May 5th. Charles P. Nerswick used the void order

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Due to the actions of the named defendants, the plaintiff and her children has suffered catastrophic losses including financial ruin, homelessness, defamation of character, loss of her vehicle, loss of job excellent job opportunities, additionally false, retaliatory and malicious charges have been brought against her for assertion of rights, loss of parental consortium, and catastrophic devastation and irreparable harm have come to her and all of her children.

Furthermore, the undue and irreparable harm that was caused by this court is being leveled against her as a means to keep her from her children and keeping the children with a man who has a history of domestic violence towards women in front of children including threats of homicide and suicide and has resulted in the undue loss of parental consortium having these children being ripped away from their primary caregiver and sole legal parent of which has put the minor children a party to this case who are only 3 and 4 years old in great

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Exparte emergency Injuction to halt the undue violations of the plaintiffs rights, and order a pick up order for the immedate location and return of the parentally kidnapped minor children a party to the case #23-000184-DC, sanctions to all involved parties, monitary damages of at least 7 million dollars due to the above stated violations of rights and undue and irreprable harm caused by the defendants unlawful actions.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/23/2023

Signature of Plaintiff: /s/ Linsday Ann Duneske

Printed Name of Plaintiff: Linsday Ann Duneske

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address