UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDSAY DUNEKSE,

    Plaintiff,

v.

                                                    Case No. 23-cv-11777
                                                    Hon. Matthew F. Leitman

22ND CIRCUIT COURT WASHTENAW
COUNTY ET AL,

    Defendant.
_____/

## ORDER DISMISSING ACTION WITHOUT PREJUDICE

On August 1, 2023, this Court entered Order Directing Plaintiff to Complete Service Documents and for Service of Process by the U.S. Marshall. (*See* Order, ECF No. 6.) The order required Plaintiff Lindsay Dunekse to complete and present to the Clerks Office the following documents to effect service: (1) copy of the Complaint for each defendant; (2) USM 285 forms for each defendant; (3) summonses for each defendant.

Plaintiff had until August 15, 2023, to comply with the Court's order. As of this date, Plaintiff has failed to complete and present to the Clerk's Office the required documents, and she did not request an extension of time from this Court in which to do so. The Court dismisses this action without prejudice.

    **IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: September 25, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 25, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126